**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Gilbert*, Slip Opinion No. 2020-Ohio-3021.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-3021

THE STATE OF OHIO, APPELLEE, *v*. GILBERT, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Gilbert*, Slip Opinion No. 2020-Ohio-3021.]**

*Court of appeals' judgment reversed on the authority of* State v. Dangler *and cause remanded.*

(No. 2018-0461—Submitted May 13, 2020—Decided May 26, 2020.)

CERTIFIED by the Court of Appeals for Sandusky County,

No. S-16-047, 2018-Ohio-879.

_____

{¶ 1} The judgment of the court of appeals is reversed, and this cause is remanded to the court of appeals for application of *State v. Dangler*, __ Ohio St.3d __, 2020-Ohio-2765, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____

Kendall Legal Services, L.L.C., and Laurel A. Kendall, for appellant, Glen Gilbert.

_____